IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RJSG PROPERTIES, LLC,
    Plaintiff,

v.                                    Case No. 3:08cv302/MCR/EMT

MARBELLA CONDOMINIUM DEVELOPERS,
LLC, et al.,
    Defendants.
                                              /

**O R D E R**

        This cause is before the court on Defendant Michael Iovieno's Notice of Nonconsent to Magistrate Judge Jurisdiction ("Notice") (Doc. 67). In the Notice, Defendant Iovieno states that all parties to this action have not agreed to consent to magistrate judge jurisdiction (*id.*).

        A brief history of the events leading up the filing of the Notice follows. On October 29, 2008, the parties filed a Joint Report of the Parties' Planning Meeting ("Joint Report") (Doc. 25). In the Joint Report the parties indicated that, "[t]he parties have conferred regarding magistrate judge jurisdiction and have elected to consent to magistrate judge jurisdiction" (*see* Doc. 25 at 4). Based on the consent of the parties, this case was referred to the undersigned to conduct all proceedings and order the entry of judgment in accordance with 28 U.S.C. § 636(c), Fed. R. Civ. P. 73 (Doc. 38). Defendant Michael Iovieno, however, did not participate in the parties' planning meeting and had not, at the time of the meeting and filing of the Joint Report, appeared in this case (*id.* at 1). Defendant Iovieno has since appeared in this action (*see* Docs. 55, 57). The parties, therefore, were directed to reconsider the matter of magistrate judge jurisdiction (*see* Doc. 61).

        In the instant Notice, the court has been advised that all parties that have now appeared in this action do not consent to magistrate judge jurisdiction over this case. Therefore, the clerk shall be directed to refer the Notice (Doc. 67) and newly-filed pleadings (Docs. 68, 69 (filed February 16,

2009)) to United States District Judge M. Casey Rodgers, the district judge previously assigned to this case. Moreover, the docket should reflect that this case is no longer a consent case, and the case number should be amended to reflect the addition of Judge Rodgers, as has been done in the caption of this order.

Accordingly, it is **ORDERED**:

1. The clerk of the court shall change the docket to reflect that this action is no longer a consent case and modify the case number to reflect the addition of District Judge M. Casey Rodgers.

2. The parties' Notice of Nonconsent (Doc. 67) and pending motions (Docs. 68, 69) shall be referred to Judge Rodgers.

**DONE AND ORDERED** this 17th day of February 2009.

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**

Case No.: 3:08cv302/MCR/EMT