# IN THE UNITED STATES DISTRICT COURT FOR THE
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RJSG PROPERTIES, LLC,

    Plaintiff,

v.                                    Case No. 3:08cv302/MCR/EMT

MARBELLA CONDOMINIUM
DEVELOPERS, LLC, et al.,

    Defendants.
_____/

## O R D E R

This cause is before the undersigned on plaintiff's amended motion to disqualify counsel (doc. 124) and related requests for *in camera* hearing and other relief (doc. 125). Pursuant to Federal Rule of Civil Procedure 72(a) and Local Rule 72.3, the undersigned finds it appropriate to refer this matter to the Magistrate Judge for further proceedings.

Accordingly, it is ORDERED:

This cause is hereby referred to Magistrate Judge Elizabeth Timothy to conduct evidentiary and such other proceedings as are required and to enter a report and recommendation on the disposition of plaintiff's motions.

**DONE AND ORDERED** this 18th day of August, 2009.

                                              *s/ M. Casey Rodgers*
                                              **M. CASEY RODGERS**
                                              **UNITED STATES DISTRICT JUDGE**