IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RJSG PROPERTIES, LLC,
    Plaintiff,

v.           Case No. 3:08cv302/MCR/EMT

MARBELLA CONDOMINIUM DEVELOPERS,
LLC, et al.,
    Defendants.
_____/

## ORDER

This cause is before the undersigned upon referral by the district court (Doc. 155). This court has been directed to conduct, as may be required, evidentiary and other proceedings prior to entering a report and recommendation on the disposition of the pending amended motion to disqualify counsel (Doc. 124) and the related request for *in camera* hearing and other relief (Doc. 125) filed by Plaintiff RJSG Properties, LLC. Defendant Steven Delgallo has filed responses in opposition to each of the motions (Docs. 138, 139, respectively). With leave of court, Plaintiff filed a sealed reply to Defendant's response to the motion to disqualify (Doc. 148).

Upon review of the parties' filings, the court concludes that it should require Plaintiff to file, *in camera*, an affidavit from Gary Sims identifying with specificity the confidential information Plaintiff contends was provided to Attorney William Martin and his former law firm Matthews & Hawkins. Plaintiff may also, if it wishes, file other affidavits *in camera* in further support of its motion. The affidavit(s) shall be filed no later than **September 11, 2009**.

**DONE AND ORDERED** this 26th day of August 2009.

                /s/ *Elizabeth M. Timothy*
                **ELIZABETH M. TIMOTHY**
                **UNITED STATES MAGISTRATE JUDGE**