UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PENSACOLA DIVISION

RJSG PROPERTIES, LLC,

    Plaintiff,

vs.                            Case No.: 3:08cv302/MCR/EMT

MARBELLA CONDOMINIUM DEVELOPERS, LLC;
STEPHEN P. DELGALLO, personally;
JEFFREY V. SIREN, personally and dba
BEACH PROPERTIES; and
MICHAEL IOVIENO, personally,

    Defendants.
                                          /

## O R D E R

This matter is before the court on recently filed Joint Report of the Parties' Planning Meeting. (Doc. 135). Upon review of the case docket, the court notes that defendant, Jeffrey V. Siren, is now proceeding pro se this action. Therefore, pursuant to district policy and administrative order, the clerk shall refer this case to the magistrate judge for all pretrial proceedings, including preliminary orders, conduct of necessary hearings, and, with respect to any dispositive motions, filing of a report and recommendation containing proposed findings of fact and conclusions of law and recommended disposition of the case.

    **DONE and ORDERED** on this 11th day of September, 2009.

                                                        s/ *M. Casey Rodgers*
                                                   **M. CASEY RODGERS**
                                                   **UNITED STATES DISTRICT JUDGE**