# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF FLORIDA
# PENSACOLA DIVISION

RJSG PROPERTIES, LLC

    VS                                                  Case No. 3:08cv302/MCR/EMT

MARBELLA CONDOMINIUM
DEVELOPERS, LLC, et al.

## REFERRAL AND ORDER

Referred to Magistrate Judge Timothy on     February 22, 2010

Type of Motion/Pleading: "REQUEST TO ALLOW RESPONSE TO PLAINTIFF'S RESSPONSE [sic] TO DEFENDANT DELGALLOS' MOTION FOR SUMMARY JUDGMENT"

Filed by:   Defendant Jeffrey V. Siren   on 2/19/10     Document   223

( )     Stipulated/Consented/Joint Pleading

RESPONSES:

                                              on               Doc.#

                                              on               Doc.#

WILLIAM M. McCOOL, CLERK OF COURT

/s/ *Teresa Milstead*
Deputy Clerk: Teresa Milstead

## ORDER

Upon consideration of the foregoing, it is **ORDERED** this 23rd day of February 2010, that:

Defendant Jeffrey V. Siren has joined in the motion for summary judgment filed by Defendant Steven P. DelGallo against Plaintiff RJSG Properties, LLC (*see* Docs. 204, 222). Defendant Siren's instant motion effectively is one for leave of court to file a reply memoranda to Plaintiff's response to the pending motion for summary judgment. The motion is **DENIED**, for the failure to demonstrate good cause to file a reply memoranda. *See* N.D. Fla. Loc. R. 7.1(C)(2) (stating that no reply memoranda shall be filed absent a showing of good cause and upon leave of court).

/s/ *Elizabeth M. Timothy*
**ELIZABETH M. TIMOTHY**
**UNITED STATES MAGISTRATE JUDGE**